# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TIMOTHY JOSEPH GRANT,<br><br>        Debtor.<br><br>PELLON LAY,<br><br>        Appellant,<br>    v.<br>TIMOTHY JOSEPH GRANT,<br><br>        Appellee. | Bankruptcy No. 20-01895-LT7<br>Adversary No. 20-90082-LT<br><br>Case No. 20-cv-2465-DMS-JLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW REFERENCE** |

On December 18, 2020, the parties jointly moved this Court for an order withdrawing the reference of this personal injury tort adversary proceeding, Adversary No. 20-90082-LT, and any motion to remand filed therein for the limited purpose of management of discovery, pre-trial, and the trial of the personal injury action herein. The parties stipulate and agree that this matter be transferred to U.S. District Court for the trial of the personal injury matter herein, and thereafter the matter will be returned to Judge Laura S. Taylor in the Bankruptcy Court for further proceedings regarding dischargeability under 28 U.S.C. § 523(a)(6).

This matter is properly before the Court under 28 U.S.C. § 157(b)(5), which provides "[t]he district court shall order that personal injury tort and wrongful death

1 claims shall be tried in the district court in which the bankruptcy case is pending."
2 *See also* 28 U.S.C. §§ 157(b)(2)(B), (b)(2)(O) (personal injury claims are not "core"
3 bankruptcy proceedings).
4     Good cause appearing, the motion is GRANTED. The reference of Adversary
5 Proceeding No. 20-90082-LT is withdrawn pursuant to 28 U.S.C. § 157(b) and
6 transferred to this Court for the limited purpose of trial of the personal injury claims
7 of the respective parties.
8     **IT IS SO ORDERED.**

10 Dated: February 10, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court