AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

PELLON LAY

    Plaintiff (s),

V.

TIMOTHY JOSEPH GRANT

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-cv-02465-DMS-JLB

Notice is hereby given that, subject to approval by the court, __COUNTER DEF./ PELLON LAY__ substitutes
(Party (s) Name)

__DOUGLAS V. BRUST__, State Bar No. __059185__ as counsel of record in
(Name of New Attorney)

place of __STEVEN L. VICTOR__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | KONOSKE, AKIYAMA & BRUST, LLP |
| Address: | 16880 West Bernardo Drive, Suite 250, San Diego, CA 92127 |
| Telephone: | (858) 385-0871        Facsimile  (858) 613-0871 |
| E-Mail (Optional): | dbrust@konoskelaw.com / ckeys@konoskelaw.com |

I consent to the above substitution.

Date: 3-18-21

COUNTER DEFENDANT, PELLON LAY
(Signature of Party (s))

I consent to being substituted.

Date: 3-18-21

STEVEN L. VICTOR
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: March 18, 2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 23, 2021

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]