FILED
APR 2 2 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEP

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TIMOTHY JOSEPH GRANT,** <br> Debtor. | **BANKRUPTCY NO. 20-01895-LT7** <br> **Adversary No. 20-90082** <br> **USDC Case No. 20CV2465-DMS-JLB** |
| **PELLON LAY,** <br> Appellant/Plaintiff <br><br> v. <br><br> **TIMOTHY JOSEPH GRANT,** <br> Appellee/Defendant | Judge: Hon. Dana M. Sabraw <br> Magistrate: Hon. Jill L. Burkhardt <br><br> **ORDER ON REQUEST BY PRO SE DEFENDANT/COUNTER-CLAIMAINT FOR CLERK TO ISSUE SUBPOENA SDT** |
| **AND RELATED CROSS-ACTIONS** | |

By bench order dated March 12, 2021, the Hon. Dana M. Sabraw ordered *nunc pro tunc* that the moving papers filed on March 8, 2021 by Defendant/ Counter-Claimant, TIMOTHY J. GRANT ("GRANT"), entitled *"Request by Pro Se Defendant/Counter Claimant for Clerk to Issue Subpoena SDT,"* which included a proposed subpoena duces tecum for third party witness, KAISER PERMANENTE ("KAISER"), to be filed by the District Court Clerk. Those moving papers thereafter were filed on March 17, 2021 (DKT No. 22).

1

In the action entitled "*In the Matter of Attorneys Suspended or Disbarred by the State Bar of California,*" pending under USDC Case No. 21MC0207, the above-entitled court also has entered an order dated March 16, 2021 to the effect that GRANT, a California attorney previously suspended from the California State Bar effective November 3, 2020, also be suspended from the Southern District bar.

For good cause shown, the proposed subpoena on KAISER, a copy of which is attached as Exhibit "A," now listing a proposed production date of May 21, 2021, is to be issued by the District Court Clerk by the means of the clerk affixing a date and signature in the space provided on the attached form subpoena, which is thereafter to be returned to GRANT in the stamped self-addressed envelope provided in the moving papers so that service of the subpoena may be effected by GRANT on the third party witness.

**IT IS SO ORDERED.**

Dated: April 21, 2021

                                                                              _____
                                                                              Hon. Dana M. Sabraw, Chief Judge
                                                                              United States District Court

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

IN RE TIMOTHY J. GRANT, Debtor

| | |
|---|---|
| **PELLON LAY** | BANKRUPTCY NO. 20-01895-LT7 |
| _Appellant/Plaintiff_ | Adversary No. 20-90082 |
| v. | Civil Action No. 20CV2465-DMS-JLB |
| **TIMOTHY JOSEPH GRANT** | |
| _Appellee/Defendant_ | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Custodian of records, KAISER PERMANENTE-BILLING DEPT**

_(Name of person to whom this subpoena is directed)_

☒ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**SEE ATTACHMENT "1"**

| Place: **KAISER PERMANENTE-Central Release of Info.** 10740 4th St, Rancho Cucamunga, CA  91730 | Date and Time: May 21, 2021 @ 9:00 a.m. |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_CLERK OF COURT_

OR

_Signature of Clerk or Deputy Clerk_          _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Pro Se Defendant, Timothy J. Grant, 3952 Clairemont Mesa Blvd. #D155, San Diego, _____ , who X̶X̶X̶X̶X̶X̶ requests this subpoena, are: California 92117 (619)890-7610  tgrantlegal@gmail.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT "A"**

**PELLON LAY v. TIMOTHY JOSEPH GRANT**
**USDC Case No. 20CV2465-DMS-JLB**

All KAISER PERMANENTE ("KAISER") billing records relating to the payment or billing by KAISER for the care and treatment by KAISER of Patient, <u>PELLON LAY</u>, <u>Kaiser MRN: 000016376170</u>, last known address 2920 Fried Avenue, San Diego, CA 92122, DOB and SSN currently unknown, that pertain in any way to any and all health care and treatment received by PELLON LAY from either a KAISER provider of affiliate, or any other third party health care provider, from the initial date of service of November 7, 2019 up to and including the present time, including but not limited to any and all bills received and any and all discounted payments made by Kaiser for PELLON LAY's emergency health care services provided on or about November 7, 2019 by (1) Scripps Memorial Hospital, 9888 Genesee Ave, San Diego, CA 92037, (2) La Jolla Emergency Medical Specialists fbo Martin J. Griglak, M.D., P.O. Box 102191, Pasadena, CA 91189, (3) AMR Rural/Metro of San Diego, Inc., 50 South Main Street Suite 401, Akron, OH 44308-1829, or (4) any other out of service third party health care provider other than KAISER or a KAISER affiliate.

**ATTACHMENT 1 – KAISER SDT**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: