**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TIMOTHY JOSEPH GRANT,<br>        Debtor. | USDC Case No. 20CV2465-DMS-JLB<br>BANKRUPTCY NO. 20-01895-LT7<br>Adversary No. 20-90082 |
| PELLON LAY,<br>        Appellant/Plaintiff,<br>v.<br>TIMOTHY JOSEPH GRANT,<br>        Appellee/Defendant. | **ORDER ON PETITION BY PRO SE DEFENDANT, TIMOTHY J. GRANT, FOR REINSTATEMENT OF ECF E-FILING PRIVILEGES** |
| AND RELATED CROSS-ACTIONS | |

Pending before the Court is a petition by Defendant/Counter-Claimant Timothy J. Grant, proceeding *pro se*, to reinstate his ECF filing privileges for purposes of ECF electronic filing and receiving ECF electronic notice of other filings by other parties in this action. (ECF No. 29.) Plaintiff/Counter-Defendant Pellon Lay filed a notice of non-opposition. (ECF No. 36.)

/ / /

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The ECF e-filing privileges of Defendant/Counter-Claimant Timothy J. Grant are reinstated for the above-captioned matter only.

2. Petitioner must register as a user with the Clerk's Office and as a subscriber to PACER within five (5) days from the date of service of this Order.

**IT IS SO ORDERED.**

Dated:  April 23, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

2
**ORDER ON PET. BY PRO SE DEF, GRANT,
FOR REINSTATEMENT OF ECF E-FILING PRIVILEGES**