# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name</u>:  **In Re Timothy Joseph Grant**      <u>Case No.</u>:  **20-cv-02465-DMS-JLB**

On May 27, 2021, the Court held a telephonic Status Conference regarding the parties' discovery disputes. (ECF No. 45.) As discussed during the conference, **IT IS HEREBY ORDERED**:

1. No later than **June 7, 2021**:

   a. The parties shall leave a joint voicemail message with Judge Burkhardt's Chambers informing the Court that they have agreed on a discovery referee who will resolve their dispute regarding Plaintiff/Counter Defendant Pellon Lay's ("Plaintiff") mental health records; **or**

   b. Plaintiff shall file a motion for protective order regarding his mental health records. If Plaintiff files a motion, Defendant/Counter Plaintiff Timothy Grant ("Defendant") shall file an opposition on or before **June 14, 2021**. Plaintiff may file a reply on or before **June 18, 2021**. All briefs shall be no more than **10 pages**, exclusive of exhibits. Pursuant to CivLR 7.1(d)(1), this matter will be resolved without oral argument unless otherwise ordered by the Court.

2. No later than **June 7, 2021**, Plaintiff shall serve Defendant with additional responsive documents in his possession, custody, and/or control supporting Plaintiff's claim for loss of economic opportunity, supplement his response to Defendant's requests for production, and (if necessary) amend his response to Plaintiff's requests for admission.

3. No later than **June 7, 2021**, Plaintiff shall serve Defendant with any additional responsive documents in his possession, custody, and/or control supporting Plaintiff's summary of economic damages, and the parties shall meet and confer by telephone or video to specifically address the supporting documentation produced for each line item in Plaintiff's summary.

4.  No later than **May 28, 2021**, the parties shall file their joint motion for protective order.

Date:  May 28, 2021                                                                                         Initials:  lc2
                                                                                  Chambers of the Hon. Jill L. Burkhardt